IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LUGENIA ANTHONY | § | |
| | § | No. 491, 2014 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| | § | Superior Court of the |
| v. | § | State of Delaware, in and for |
| | § | New Castle County |
| ERIN BICKLEY and DIAMOND | § | |
| STATE PORT CORPORATION, | § | |
| | § | C. A. No. N12A-12-006 ALR |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: April 15, 2015
Decided: April 20, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

# O R D E R

This 20th day of April 2015, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of August 8, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice